Rachel E. Kaufman (CA Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and putative class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIELA ITAYIM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CALLFIRE, INC.,** a Delaware corporation,<br><br>*Subpoena Recipient.* | Case No.<br><br>**MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND TO HOLD NON-PARTY IN CONTEMPT** |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND TO HOLD NON-PARTY IN CONTEMPT

Pursuant to Rule 45(d) and (g), Fed. R. Civ. P., Plaintiff Mariela Itayim requests that this court enter an order compelling Callfire to produce documents in response to a non-party subpoena issued in connection with *Mariela Itayim v. CYS Group, Inc.*, Case No. 19-cv-62197-RNS, pending in the United States District Court for the Southern District of Florida, and to hold Callfire in contempt for

failure to comply with the subpoena.  To date, Callfire has not responded or otherwise acknowledged the subpoena that was served on it on October 31, 2019 and to which a response was required by November 29, 2019.

*Itayim v. CYS Group, Inc.* is a putative class action alleging violations of the Telephone Consumer Protection Act based on unsolicited prerecorded voice calls made by or on behalf of CYS Group, Inc.  CYS Group, Inc. used Callfire's services, including its platform to make the prerecorded voice calls.

Callfire is headquartered and conducts its business within this district.

Pursuant to Fed. R. Civ. P. 45, on October 30, 2019, Plaintiff served a notice of subpoena to Callfire on CYS Group, Inc.  The subpoena was thereafter served on October 31, 2019 on Callfire's registered agent.  The subpoena and affidavit of service are attached hereto as composite Exhibit A.

Plaintiff's subpoena generally seeks: (1) information concerning Plaintiff Mariela Itayim; (2) information concerning all calls made by or on behalf of CYS Group, Inc. using Callfire's services, including call logs and recordings or copies of the calls and prerecorded voice messages, identity and contact information for any call recipients, and the total number of prerecorded voice calls; (3) documents sufficient to identify all services or products supplied by Callfire to CYS Group, Inc. and all contacts or agreements between the parties; (4) documents relating to the manner in which the telephone numbers were obtained to make the prerecorded

voice calls; and (5) any and all complaints or STOP requests received regarding the prerecorded voice calls.

The requested information is clearly relevant to the pending class action and a response is required by law.  In response to a subpoena, recipients may comply, submit an objection, or move to quash or modify the subpoena. Fed. R. Civ. P. 45(d).  "A nonparty's failure to timely make objections to a Rule 45 subpoena duces tecum generally requires the court to find that any objection, including attorney-client privilege, has been waived." *McCoy v. Southwest Airlines*, 211 F.R.D. 381, 385 (C.D. Cal. 2002) (granting motion to compel and ordering non-party subpoena recipient to produce documents within 7 days).  To date, Callfire has not responded or otherwise acknowledged the subpoena.

WHEREFORE, Plaintiff requests that the court grant its motion to compel and order production of responsive documents and information in compliance with the third party subpoena and provide such other relief as is reasonable and just. A proposed order is attached hereto as Exhibit B for the Court's convenience.

Respectfully submitted,

Dated: January 2, 2020

By: *s/ Rachel E. Kaufman*
  Rachel E. Kaufman
  rachel@kaufmanpa.com
  KAUFMAN P.A.
  400 NW 26th Street
  Miami, FL 33127
  Telephone: (305) 469-5881

  *Attorney for Plaintiff and the putative*
  *class*

Motion to Compel Subpoena Response, Case No.