# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     MC 20-00001 VAP (SSx)                              Date: January 17, 2020

Title:       Mariela Itayim v. Callfire, Inc.

---

DOCKET ENTRY:   **ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA AND TO HOLD NON-PARTY IN CONTEMPT (Dkt. No. 1)**

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| _Marlene Ramirez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                               None Present

**PROCEEDINGS:**

The Motion is DENIED WITHOUT PREJUDICE on the grounds that the moving party failed to comply with Local Rule 45's requirements. See Local Rule 45 and Local Rule 37.

IT IS SO ORDERED.

MINUTES FORM                                                                              00:00
CIVIL-GEN                                                                  Initials of Deputy Clerk  mr